IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGIONS BANK, as *Successor Trustee of the Carl T. Martin Estate-Trust Part One, and the Carl T. Martin Estate-Trust Part Two, as established under the last will and testament of Carl T. Martin, deceased*,

Plaintiff,

vs.

DAVID STEWART,

DEFENDANT.

CIVIL ACTION 10-0145-M

## FINAL JUDGMENT

Pursuant to separate order entered this date granting Plaintiff's motion for summary judgment, it is ORDERED, ADJUDGED and DECREED that JUDGMENT be entered in favor of Regions Bank and against David Stewart on all counts and in the amount of seven hundred eighty-six thousand, one hundred eighty-four dollars and thirty-nine cents ($786,184.39) as of November 8, 2010. Regions Bank is entitled to recover its taxable costs.

DONE this 8th day of November, 2010.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE