IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGIONS BANK, *as Successor Trustee of the Carl T. Martin Estate-Trust Part One, and the Carl T. Martin Estate-Trust Part Two, as established under the last will and testament of Carl T. Martin, deceased,* : : : : : : : : Plaintiff, : : vs. : : DAVID STEWART, : : DEFENDANT. : | CIVIL ACTION 10-0145-M |

## CHARGING ORDER AGAINST DEFENDANT DAVID STEWART

The Court has determined that Regions Bank is entitled to damages of seven hundred eighty-six thousand, one hundred eighty-four dollars and thirty-nine cents ($786,184.39) as of November 8, 2010 and that Stewart is liable for the payment of those damages (Docs. 53-54). The Court has since granted Plaintiff's Renewed Application for Charging Order (Docs. 63, 67).

Therefore, pursuant to Fed.R.Civ.P. 69(a)(1) and Alabama Code § 10-12-35, it is **ORDERED AND ADJUDGED** that the financial individual interests of Defendant David Stewart in ZLM Acquisitions, LLC, Shimmering Sands Development Company, LLC, and P&P Acquisitions, LLC be charged with payment of the Final

Judgment rendered in this action in favor of Plaintiff Regions Bank for seven hundred eighty-six thousand, one hundred eighty-four dollars and thirty-nine cents ($786,184.39), accrued interest thereon, and costs, and that said Companies are ORDERED to report to the Plaintiff each time a distribution is made with respect to any transferable interest, listing the amount and time of all distributions made at the time or in connection with that distribution, and distribute to Plaintiff any amounts that become due or distributable to Regions Bank.

DONE this 10th day of May, 2011.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE